UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. |
| ) | |
| Plaintiff, ) | **'08 MJ 1648** ～～ KMY |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Juan Carlos JIMENEZ-Guillen, ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |
| ) | |

The undersigned complainant, being duly sworn, states:

On or about **May 24, 2008** within the Southern District of California, defendant, **Juan Carlos JIMENEZ-Guillen,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 27th DAY OF MAY 2008

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Juan Carlos JIMENEZ-Guillen

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On May 24, 2008 at approximately 8:55 P.M., Border Patrol Agent I. Solórzano was performing line watch operations in the Imperial Border Patrol Station's area of operations. While on patrol, Agent Solórzano responded to seismic intrusion device activation. Upon arriving, Agent Solórzano encountered one individual attempting to conceal himself in some dense brush. The individual was encountered in an area known as "Smuggler's Canyon." "Smuggler's Canyon" is located approximately 4 miles West of the San Ysidro Port of Entry, and approximately 100 yards north of the International Boundary Fence. Agent Solórzano approached the individual, and identified himself as a United States Border Patrol Agent and proceeded to conduct an immigration inspection on the individual. The individual, later identified as the defendant **Juan Carlos JIMENEZ-Guillen** admitted to being a citizen and national of Mexico illegally present in the United States not in possession of the proper immigration documents that would allow him to enter into or remain in the United States legally. At 9:00 p.m. Agent Solórzano placed the defendant under arrest and transported him to Imperial Beach Border Patrol Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on May 20, 2008 through Calexico, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and that he was willing to answer questions without an attorney present. The defendant again freely admitted to being a citizen and national of Mexico and that he possessed no immigration documentation permitting him to enter or remain in the United States legally.

**Executed on May 26, 2008 at 9:30 a.m.**

Tomas M. Jimenez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **May 24, 2008**, in violation of Title 8, United States Code, Section **1326**.

Jay M. Adler
United States Magistrate Judge

5/26/08 @ 10:31 a.m.
Date/Time