AO 455(Rev. 5/85) Waiver of Indictment

**FILED**
AUG 1 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JUAN CARLOS JIMENEZ-GUILLEN | CASE NUMBER: <u>08CR2057BTM</u> |

I, <u>JUAN CARLOS JIMENEZ-GUILLEN</u>, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on <u>8-15-2008</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_/s/ Juan Jimenez G._
JUAN CARLOS JIMENEZ-GUILLEN
Defendant

_/s/ EJ_
ERIKA K. ZUNKEL, ESQ.
Counsel for Defendant

Before _/s/_
JUDICIAL OFFICER